**ATTACHMENT B**
**ITEMS TO BE SEARCHED FOR AND SEIZED**

DNA samples from Trevonte Aurmon SINLGETON in the form of buccal cells on oral swabs. The oral swabs will be collected from the inside cheek portion of the mouth to sufficiently collect buccal cells pursuant to the standard practices and procedures employed for DNA testing.